Michael C. Subit
Ellicott K. Dandy
Frank Freed Subit & Thomas LLP
705 2nd Avenue, Suite 1200
Seattle, WA 98104
Ph: (206) 682-6711

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

MARILEE CASTILLO,

      Plaintiff,

      v.

GRANT TRANSIT AUTHORITY,
JOBETH CARLSON, JOHN/JANE
DOES I-V, individually

      Defendants.

Case No.

**COMPLAINT**

## I.  NATURE OF ACTION

1.1  Plaintiff Marilee Castillo brings this civil action against Grant Transit Authority (GTA), JoBeth Carlson, and John/Jane Does I-V, presently unknown individuals, to redress their blatant violation of her First Amendment rights. Defendants terminated Castillo from her position as Dispatch Support for GTA because of her protected political speech regarding conservative activist Charlie Kirk.

COMPLAINT - 1

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

## II.    JURISDICTION AND VENUE

2.1    This Court has subject matter jurisdiction over Castillo's 42 U.S.C. § 1983 claim for violation of the U.S. Constitution pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

2.2    Venue properly rests with this Court pursuant to 28 U.S.C. 1391(b)(2).

## III.    PARTIES

3.1    Plaintiff Castillo is a citizen of the State of Washington.

3.2    Defendant Grant Transit Authority is a public transportation benefit district located within the State of Washington.

3.3    Defendant JoBeth Carlson is a citizen of the State of Washington and, at all times relevant, was GTA's Operations Manager.

3.4    The identities of Defendant John/Jane Does I-V are not known to Plaintiff at this time, and Plaintiff names them as placeholders for these unidentified defendants. Upon discovery of the identities of the Doe Defendants, Plaintiff will seek to amend her complaint to substitute the Doe Defendants with their true identities. Defendants John/Jane Does I-V are, upon information and belief, citizens of the State of Washington.

## IV.    FACTS

4.1    Castillo began working for GTA in November 2024 as a Coach Operator and later as Dispatch Support.

4.2    In her job as Dispatch Support, Castillo was responsible for supporting transit drivers before, during, and after their shifts and covering the front desk at the Multimodal Transit Center in Moses Lake.

4.3    On September 10, 2025, conservative political activist Charlie Kirk was murdered and GTA lowered its flags in observation of Kirk's death.

COMPLAINT - 2

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

4.4    On her personal Facebook account, Castillo made the following comment about Kirk: "When a horrible trash-human dies and others talk about them as if they were wonderful, as opposed to the modern day Nazi that they were, what is that called?"

4.5    In response to another user's comment on Castillo's post, she stated, "We had to put our flags at half mast this evening. I said someone else can do it because I'm not touching the flag for him."

4.6    Castillo had not been asked to lower GTA's flags in honor of Kirk. Castillo had made her comment about not wanting to lower the flag in honor of Kirk to a non-supervisory co-worker.

4.7    Castillo's Facebook account did not identify her as an employee of GTA.

4.8    Castillo's Facebook comments did not identify GTA as her employer.

4.9    On or about September 12, 2025, a member of the public emailed GTA staff complaining about Castillo's social media activity regarding Kirk.

4.10    The member of the public who complained stated, "I will still continue to use your services," notwithstanding Castillo's social media activity regarding Kirk.

4.11    GTA investigated the complaint against Castillo.

4.12    Through its investigation, GTA learned Castillo had also commented about Kirk at work to a non-supervisory co-worker.

4.13    No member of the public heard Castillo's comments regarding Kirk in the workplace. The co-worker did not independently file a complaint about Castillo's workplace comments regarding Kirk.

COMPLAINT - 3

4.14   Commenting on social media was not within the scope of Castillo's job duties for GTA.

4.15   Commenting about political figures was not within the scope of Castillo's job duties for GTA.

4.16   Defendant Carlson terminated Castillo on September 25, 2025, because of her statements regarding Kirk.

## V.   CAUSE OF ACTION
### 42 U.S.C. § 1983: First Amendment Violation

5.1   Plaintiff realleges paragraphs 4.1 to 4.16 as if fully set forth herein.

5.2   The First Amendment to the United States Constitution prohibits a public employer from retaliating against a public employee because of her constitutionally protected speech activities.

5.3   Plaintiff's comments regarding Kirk on social media and in the office addressed matters of public concern.

5.4   Plaintiff's comments regarding Kirk were made in her capacity as a private citizen.

5.5   Plaintiff's constitutionally protected activities were a substantial or motivating factor in Defendants' termination of her employment at GTA.

5.6   Defendants would not have terminated Plaintiff in the absence of her constitutionally protected activities.

5.7   Plaintiff's speech regarding Kirk did not result in the disruption of GTA's transit services to the public.

5.8   Plaintiff's free speech interest is greater than any interest of GTA's in promoting the efficiency of public services.

5.9   Defendant Carlson and Defendants Does I-V, acting under color of state law, deprived Plaintiff of her constitutional right to freedom of speech.

COMPLAINT - 4

5.10    Defendant Carlson, and/or Defendants Does I-V, had final discretionary authority over Plaintiff's employment.

5.11    Defendants' actions deprived Plaintiff of rights secured by the United States Constitution in violation of 42 U.S.C. § 1983.

5.12    Defendants expressly considered and disregarded Plaintiff's constitutional rights to free speech, as set forth in Defendant Carlson's termination letter.

5.13    The actions of Defendant Carlson and Defendants Does I-V were willful and taken with reckless disregard to Plaintiff's constitutional rights.

5.14    The actions of Defendant Carlson and Defendants Does I-V violated clearly established constitutional rights of which a reasonable official would have known.

5.15    As a direct and proximate cause of Defendants' violation of Plaintiff's First Amendment rights, Plaintiff has suffered and continues to suffer economic damages, including lost past and future wages and employment benefits, consequential damages, and general damages in the form of emotional distress, anxiety, mental anguish, humiliation and embarrassment, all in amounts to be proven at trial.

## VI.    REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests the following relief:

A.    Damages including, but not limited to, lost wages, including front- and back-pay; lost medical, retirement, and other employment benefits; and other lost pecuniary benefits of employment in amounts to be proven at trial;

B.    Compensatory damages for the harm Plaintiff has suffered, including, but not limited to, emotional distress, humiliation, loss of enjoyment of life, mental anguish, and reputational harm, in amounts to be proven at trial;

COMPLAINT - 5

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

C.      Punitive damages against Defendants Carlson and Does I-V;

D.      Reasonable attorneys' fees, expert witness fees, and costs and expenses of litigation;

E.      Prejudgment interest at the maximum rate allowed by law;

F.      Damages to make up for any adverse tax consequences of any award to Plaintiff; and

G.      Such other and further relief as this Court may deem appropriate.

## VII.    JURY DEMAND

Plaintiff demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED this 20th day of May 2026.

FRANK FREED SUBIT & THOMAS LLP

By: *s/ Michael C. Subit*
Michael C. Subit, WSBA No. 29189
By: *s/ Ellicott K. Dandy*
Ellicott K. Dandy, WSBA No. 57279
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Fax: (206) 682-0401
Email: msubit@frankfreed.com
         edandy@frankfreed.com

*Attorneys for Plaintiff*

COMPLAINT - 6